Opinion issued February 25, 2020



In The

# Court of Appeals

For The

# First District of Texas

_____

## NO. 01-19-00687-CV

_____

**TERRY FOX, Appellant**

**V.**

**TARA PROPERTIES, LLC, Appellee**

---

**On Appeal from the County Court at Law No. 3**
**Fort Bend County, Texas**
**Trial Court Case No. 19-CCV-065277**

---

## MEMORANDUM OPINION

Appellant, Terry Fox, has filed a motion for voluntary dismissal of this appeal.

*See* TEX. R. APP. P. 42.1(a)(1). Ten days have passed with no response. *See* TEX. R.

APP. P. 10.3(a). No opinion has issued. *See* TEX. R. APP. P. 42.1(c).

Accordingly, we grant appellant's motion and dismiss the appeal. *See* TEX. R.

APP. P. 42.1(a)(1), 43.2(f). We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Justices Keyes, Lloyd, Hightower.